UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Tranvast Shipping Co. Ltd.,

                    Plaintiff,

   -against-

Star Pacific Line Pte Ltd., et al.,

                   Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 30, 2009

**08 Civ. 7448 (PAC)**
**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

The above entitled action has been on the Court's active docket since March 17, 2009,

and there having been no activity since that date, it is,

ORDERED, that the above-entitled action is DISMISSED, and maritime attachment

order is vacated.  The Clerk of Court is directed to close out this case.

Dated:  New York, New York
       September 30, 2009

SO ORDERED

PAUL A. CROTTY
United States District Judge

1